UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/19/2020

MICHAEL ST. JOHN,

        Plaintiff,

    v.

RELIANCE COMMUNICATIONS and PARVEEN "MIKE" NARULA,

        Defendants.

No. 20-CV-2252 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff filed this action on March 13, 2020. Plaintiff, however, does not appear to have served the complaint on Defendants. It is hereby:

ORDERED that Plaintiff submit a letter to the Court by June 26, 2020 explaining why he failed to serve the complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendants have been served, explaining when and in what manner such service was made.

IT IS FURTHER ORDERED that if the Court does not receive a letter by June 26, 2020, showing good cause why such service was not made within the 90 days, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 19, 2020
             New York, New York

_____
Ronnie Abrams
United States District Judge