| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 7/24/2020 |

MICHAEL ST. JOHN,

                Plaintiff,

      v.

RELIANCE COMMUNICATIONS and PARVEEN "MIKE" NARULA,

                Defendants.

No. 20-CV-2252 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on March 13, 2020. As of June 19, Plaintiff had not served the complaint on Defendants. After the Court requested an explanation for Plaintiff's failure to serve Defendants, *see* Dkt. 2, Plaintiff requested a thirty (30) day extension to complete service, which was granted, *see* Dkt. 4. To date, however, Plaintiff has not filed proof of service on the docket.

    Accordingly, no later than July 28, Plaintiff shall submit a letter explaining why he has still failed to serve the complaint within the time prescribed by the Court or, if Plaintiff believes that Defendants have been served, filing proof of service on the docket. If the Court does not receive this letter by July 28, showing good cause why such service has not yet been made, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41.

SO ORDERED.

Dated:    July 24, 2020
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge