UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ST. JOHN,

      Plaintiff,

  v.

RELIANCE COMMUNICATIONS, *et al.*,

      Defendants.

| USDC-SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED:  1-11-21 |

20-CV-2252 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On September 14, 2020, the Court referred this action to mediation. Dkt. 25. Since that date, the Court has received no status update from the parties. No later than January 13, 2021, the parties shall submit a joint status letter informing the Court whether mediation was successful, unsuccessful, or remains ongoing.

SO ORDERED.

Dated: January 11, 2021
    New York, New York

                RONNIE ABRAMS
                United States District Judge