UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC-SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC#:                            │
│ DATE FILED:  1-27-21             │
└─────────────────────────────────┘
```

MICHAEL ST. JOHN,

                    Plaintiff,

          v.                                      20-CV-2252 (RA)

RELIANCE COMMUNICATIONS, *et al.*,                    ORDER

                    Defendants.


RONNIE ABRAMS, United States District Judge:

On January 11, 2021, the Court ordered the parties to provide a status update regarding mediation no later than January 13, 2021.  Dkt. 27.  To date, the parties have not done so.  Accordingly, no later than February 10, 2021, the parties shall submit a joint status letter informing the Court whether mediation was successful, unsuccessful, or remains ongoing.  **Failure to comply with this order may result in dismissal of  this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).**

SO ORDERED.

Dated:     January 27, 2021
           New York, New York

                                        _____
                                        RONNIE ABRAMS
                                        United States District Judge