USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/04/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Michael St. John,

                Plaintiff,

v.

Reliance Communications and Parveen "Mike" Narula,

                Defendants.

20-CV-2252 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that discovery in this matter is completed. Accordingly, by May 14, 2022, the parties shall file a joint letter proposing next steps in this case, including a briefing schedule for any dispositive motions. The parties shall also advise whether a settlement conference would be productive at this time.

SO ORDERED.

Dated:    May 4, 2022
            New York, New York

                                                _____
                                                Ronnie Abrams
                                                United States District Judge